UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24111-RNS

JAMES WATSON

      Plaintiff,

v.

DERMACLINIC, LLC.

      Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, James Watson, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a confidential agreement in principle resolving this case and are finalizing the paperwork. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on November 6, 2024.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Watson v. DermaClinic**
**Case No. 24-cv-24111-RNS**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 6, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: *<u>/s/ Juan Courtney Cunningham</u>*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*