UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24111-RNS

JAMES WATSON

    Plaintiff,

v.

DERMACLINIC, LLC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff JAMES WATSON, by and through counsel, pursuant to Fed. R. Civ. P. Rule 41(a), and this Court Order Administratively Closing Case [DE 7], hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendant, DERMACLINIC, LLC., and respectfully requests that this Court terminate the action.

Respectfully submitted on November 20, 2024.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Watson v. DermaClinic<br>
Case No. 24-cv-24111-RNS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*