United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| James Watson, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-24111-Civ-Scola |
| | ) | |
| DermaClinic, LLC, Defendant. | ) | |

### **Order of Dismissal**

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 8.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on November 22, 2024.

_____
Robert N. Scola, Jr.
United States District Judge